

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-13-00101-CR
### No. 10-13-00102-CR

**JERRY RILEY,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

### From the 77th District Court
### Freestone County, Texas
### Trial Court No. 08-062-CR and 08-063-CR

_____

## MEMORANDUM OPINION

_____

In two separate appellate cause numbers, appellant, Jerry Riley, was charged with indecency with a child by exposure, a third-degree felony. *See* TEX. PENAL CODE ANN. § 21.11(a)(2)(B) (West 2011). In both cases, appellant pleaded guilty to the charged offense. The trial court deferred adjudication in both cases and placed appellant on community supervision for a period of eight years. Thereafter, the State filed a motion to revoke appellant's community supervision and a motion to adjudicate, alleging that

appellant violated several of the conditions of his community supervision. The trial court determined that the allegations contained in the State's motions were true and sentenced appellant to seven years' incarceration in the Institutional Division of the Texas Department of Criminal Justice in both cases. The assessed punishments were ordered to run concurrently. Appellant subsequently filed notices of appeal in both cases.

On May 2, 2013, appellant filed motions to dismiss both cases. The motions are signed by both appellant and his appellate counsel and indicate that appellant would like to dismiss his appeals in both cases. *See* TEX. R. APP. P. 42.2(a). Because the motions to dismiss meet the requirements of Texas Rule of Appellate Procedure 42.2(a), and this Court has not yet delivered its decision in these cases, the motions are hereby granted and the appeals in appellate cause numbers 10-13-00101-CR and 10-13-00102-CR are dismissed. *See id.*

AL SCOGGINS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Dismissed
Opinion delivered and filed May 9, 2013
Do not publish
[CR25]